IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-00218-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| ALEXIS GILBERTO ROMERO-GONZALEZ<br>a/k/a "Benjamin Cabral Luna" | : |

## FINAL ORDER OF FORFEITURE

WHEREAS, on July 14, 2020, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 21 U.S.C. § 853, based upon the defendant's plea of guilty to an offenses in violation of 21 U.S.C. § 841(a)(1) and 846, and further evidence of record and as presented by the Government, the following property was forfeited to the United States, to wit:

Property Seized from 610 Ballahack Road, Chesapeake, VA on 2/6/19:

a) $21,523.50 in United States Currency;

b) One Springfield, model XD, .45 caliber, semiautomatic pistol, serial number XD805967;

c) One Haskell, model JS-45, .45 caliber, semiautomatic pistol, serial number 032310;

d) One Smith and Wesson, model 1006, 10mm caliber, semiautomatic pistol, serial number TEV2033; and

e) Any and all related ammunition.

1

Property Seized from Hunt County, TX on 12/15/18

f) $129,000.00 in United States Currency seized from a Chevrolet Equinox; and

g) $300,020.00 in United States Currency seized from an Infiniti Q40.

Vehicles Seized during the Course of the Investigation:

h) 2008 Toyota Tacoma with trap, VIN 5TENX22N58Z559299;

i) 2005 Ford Ranger with trap, VIN 1FTYR10D05PA93831;

j) 2001 Ford Ranger with trap, VIN 1FTYR10U71TA16990; and

k) 1999 Ford Ranger with trap, VIN 1FTYR14V4XTA19261.

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between July 22, 2020 and August 20, 2020, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions, and said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, service of the Preliminary Order of Forfeiture was made on the subject vehicle, a 2008 Toyota Tacoma with trap, VIN 5TENX22N58Z559299, on July 21, 2020 while in the custody of the U.S. Marshall's Service [DE #57].

AND WHEREAS, service of the Preliminary Order of Forfeiture was made on the subject vehicle, a 2005 Ford Ranger with trap, VIN 1FTYR10D05PA93831, on July 21, 2020 while in the custody of the U.S. Marshall's Service [DE #56].

AND WHEREAS, service of the Preliminary Order of Forfeiture was made on the subject vehicle, a 2001 Ford Ranger with trap, VIN 1FTYR10U71TA16990, on July 21, 2020 while in the custody of the U.S. Marshall's Service [DE #55].

AND WHEREAS, service of the Preliminary Order of Forfeiture was made on the subject vehicle, a 1999 Ford Ranger with trap, VIN 1FTYR14V4XTA19261, on July 21, 2020 while in the custody of the U.S. Marshall's Service [DE #54].

AND WHEREAS, service of the Preliminary Order of Forfeiture was made on the subject $21,523.50 US in Currency on July 21, 2020 while in the custody of the U.S. Marshall's Service [DE #53].

AND WHEREAS, service of the Preliminary Order of Forfeiture was made on the subject $129,000.00 in US Currency on July 21, 2020 while in the custody of the Federal Bureau of Investigation [DE #61].

AND WHEREAS, service of the Preliminary Order of Forfeiture was made on the subject $300,020.00 in US Currency on July 21, 2020 while in the custody of the U.S. Marshall's Service [DE #62].

AND WHEREAS, service of the Preliminary Order of Forfeiture was made on the subject firearms and ammunition [listed above as items (b) – (d)] on July 21, 2020 while in the custody of the Federal Bureau of Investigation [DE #58].

AND WHEREAS, service of the Preliminary Order of Forfeiture was attempted on the following potential claimants at their last known address of record via U.S. Mail, certified mail, return receipt requested on October 5, 2020 to: Toribio Gaspar

Germeno Tuero, Tinoco Bramador Gaston, Maramotto Drolas Pompilii, and Ernesto A. Virgen De La Toba [DE 64].

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's July 14, 2020 Preliminary Order of Forfeiture;

AND WHEREAS, the Court finds that the defendant has a forfeitable interest in the property, and that no amendment to the Preliminary Order of Forfeiture is necessary to account for any third-party rights.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject property listed in the July 14, 2020 Preliminary Order of Forfeiture is hereby forfeited to the United States. The United States Department of Justice, Federal Bureau of Investigation or the United States Marshal's Service is directed to dispose of the property according to law, including destruction.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice, Federal Bureau of Investigation or the United States Department of Treasury as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund or the Department of Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this __17__ day of __February__, 2020.

_____
JAMES C. DEVER III
United States District Judge